**Entered on Docket**
**December 17, 2009**

_____
**Hon. Gregg W. Zive**
**United States Bankruptcy Judge**

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
bk@wildelaw.com,

U.S. Bank National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates Series 2006-2
09-77713

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-N-09-53769-gwz |
| Christopher Cushman Stone and Toni Michelle Stone | Date: 12/08/09<br>Time: 10:00 am |
| Debtors. | Chapter 7 |

### ORDER VACATING AUTOMATIC STAY

1 | IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the
2 | above-entitled bankruptcy proceedings is granted as to the subject property described as 274 Terrace
3 | View Drive, Stateline, NV 89449.
4 | DATED this _____ day of _____, 2009.

Submitted by:
**WILDE & ASSOCIATES**

_____
Gregory L. Wilde, Esq.
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

_____
**Joe M. Laub**
1148 Ski Run Blvd.
S. Lake Tahoe, CA 96150
Attorney for Debtor(s)

APPROVED / DISAPPROVED

_____
**Jeri Coppa-Knudson**
3495 Lakeside Drive
PMB 62
Reno, NV 89509-4841
Chapter 7 Trustee

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

\_\_\_\_ The court waived the requirements of LR 9021.

\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.

\_x\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

(List Parties)

Debtor's counsel:

\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document

\_\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document

Other Party:_____

\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document

Breach Order:

\_\_\_\_ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach. Copies of this proposed order were transmitted to Debtor's counsel and appointed trustee to which they have not replied

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor